# United States Court of Appeals
## For the First Circuit

No. 11-9004

IN RE PETER J. GOGUEN,

Debtor.

DAVID M. SHARFARZ,

Appellant,

v.

PETER J. GOGUEN,

Appellee.

**ERRATA SHEET**

The opinion of this Court, issued on August 15, 2012, is amended as follows:

On page 14, line 23, delete the second "the" in the phrase "the very the"